**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                )
      Cynthia Marin                )        Case No.  12-22949
                                   )
           Debtor                  )        A Chapter 11 for Reorganization
                                   )        Honorable Judge A. Benjamin Goldgar
                                   )        Presiding

**FINAL APPLICATION
OF WILLIAM L. NEEDLER AND ASSOCIATES, LTD.,
ATTORNEYS FOR DEBTOR,
FOR FEE ALLOWANCE AND REIMBURSEMENT OF COSTS**
-----------------------------------------------------------------------------------------

TO:   The Honorable A. Benjamin Goldgar, Bankruptcy Judge.

      The Application of William L. Needler and Associates, Ltd., respectfully represents:

      1.  The Applicant Law Firm has been Counsel for the above-named Debtor and Debtor-in-Possession and makes this Application for the Final Allowance of Compensation, pursuant to Section 331 of the Bankruptcy Code, for professional services rendered and for reimbursement of actual out-of-pocket expenses necessarily incurred by Applicant Law Firm in the representation of said Debtor.

      2.  That on the 6th day of June 2012, the Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code and an Order for Relief was thereupon issued.  Thereafter on Order of Court, this Case was converted to a Chapter 11 on August 21, 2012.

3.  The Debtor has continued in possession of the property of this estate after the commencement of the case and is now operating the business and managing the property pursuant to 11 U.S.C. Section 1107(a) and 11 U.S.C. Section 1108.

4.  On or about November 21, 2012 upon proper application and notice by the Debtor, this Court entered an Order approving the employment of William L. Needler & Associates, Ltd. to represent the Debtor in these Title 11, Chapter 11 proceedings presently pending before the Court.

5.  The Law Firm of William L. Needler and Associates, Ltd., was retained on a general retainer as heretofore disclosed in the Debtor's Application, the Statement of Fees filed with the Clerk pursuant to 11 U.S.C. Section 329 and Bankruptcy Rule 2016(b) and as authorized by the above Order.  A $20,000.00 retainer was agreed upon, but only $8,450.00 has been received.

6.  This Applicant previously has filed a prior First Interim Fee Application with the Court in these proceedings on September 22, 2013.  A Court Order was received on October 23, 2013 with part of the fees and expenses reduced ($15,515.08).  Fees and expenses that were allowed based on the $15,515.08 reduction were $33,991.44. (See Exhibit B attached.)

7.  This Final Application covers services rendered and expenses incurred from September 7, 2013 through January 25, 2014.  Members of the Applicant Firm performed all professional services for which interim allowance of compensation is requested on behalf of the Debtor and not on behalf of any committee, creditor or any other person.

8.  During the period covered by this Final Application, the Applicant Firm expended an aggregate 31.5 hours for professional services on behalf of the Debtor.

Professional time includes 0 hours for attorney travel time. Professional time was expended as follows:

| Attorney | Hours |
|----------|-------|
| William L. Needler | 32.1 |
| William L. Needler Travel | 0 |
| TOTAL: | 32.1 |

A complete accounting of the foregoing time is provided in the attached Recap and incorporated herein by reference.  The rates charged by the applicant firm are as follows

## ATTORNEYS

| | |
|---|---|
| William L. Needler | $385.00 |
| William L. Needler Travel | $192.50 |

## PARALEGALS

| | |
|---|---|
| Paralegal "A" | $ 80.00 |

Accordingly, and based on such rates, the value of professional services rendered during the period September 7, 2013 through January 25, 2014 by the Applicant Firm totals $12,358.50.

9.   Expenses billed through November 30, 2014 for William L. Needler and Associates, Ltd. which have not been reimbursed, total $308.88 and are also detailed in Exhibit "A" and included on the attached Recap.

10.   Thus, the Applicant Firm is seeking a fee allowance in the amount of $12,358.50 and reimbursement of costs in the amount of  $308.88 or a total amount of $12,667.38; plus the fees and expenses allowed and  unpaid of $22,491.44  from the First

Fee Application, or a total of $35,158.82.   (See further <u>Exhibit B</u> herein)

     11.     Subsequent to this Court Order as to the Application for Interim Fees, $11,500.00 was paid.

     12.  In requesting these fees, the Applicant has taken into consideration the various criteria suggested by the courts for determining awards of compensation in Bankruptcy cases and is prepared to demonstrate that this Applicant and its services meet the guidelines established therein.  See <u>In Re First Colonial Corp. of America</u>.  544 F.  2d 1291 (5th Cir. 1977).

     13.  William L. Needler and Associates, Ltd.'s professional services for the Debtor during the period covered by this application include the following:

       (a)    Negotiations with various creditors and their attorneys after the conversion to Chapter 11 Petition and continuing during the pendency of these Chapter 11 proceedings;

       (b)    Preparation of Amendments to the Debtor's Statement of Financial Affairs and Schedule of Liabilities;

       (c)    Representation of the Debtor at various meetings of creditors;

       (d)    Preparation of motions and representation of Debtor with respect to motions and objections brought by various creditors;

       (e)    On-going discussions with Heartland Bank and their Counsel relative to Unsecured Claims held by them including claims on Paddock Lake Property and Clybourn North in Chicago;

       (f)    Also filed pleadings in the Paddock Lake Foreclosure to prevent

loss of this property;

    (g)    Continued efforts to fund the purchases of the Paddock Lake Mortgage held by Heartland Bank;

    (h)    Advising and counseling the Debtor on his duties and responsibilities as Debtor-in-Possession and on all other matters arising in or related to these proceedings.

14.  After being retained as Counsel in this case, no beneficial interest, direct or indirect, in any claims against or interest in the Debtor has been acquired or transferred to the Applicant on or for its account of any of their individual members.

15.  No payments have been made or promised to William L. Needler and Associates, Ltd., for services rendered in connection with this case except a $8,450.00 retainer from third parties was paid.  Additionally, the following payments were made on the Order as to Interim Fees:  $6,000.00 (11/1/13); $3,000.00 (11/15/13); $2,500.00 (1/15/14).

16.  No agreement or understanding exists between the Applicant and any other person to share Applicant's compensation for services rendered in connection with the case except among members of the law firm; and no agreement or understanding exists between the Applicant and any other person rendering services in connection with this case to share such other person's compensation.

17.  All services for which the Applicant requests compensation were performed with regard to the petition under Chapter 11 and were rendered in connection with this proceeding, pursuant to an Order of this Court.

18.  That the services which are shown in Exhibit "A" were both actual and necessary and the compensation requested is reasonably based on the time, nature, extent and value of such services rendered in connection with the proceedings of these Debtor before this Court.

19.  The hourly rate for professional services of attorneys William L. Needler and Associates, Ltd. heretofore more fully set forth, are both reasonable and competitive with the prevailing rates charged for such services and such rate was herein the basic rate for the First Interim request.

20.  The services performed by the Applicant have been for the benefit of this estate and for the purpose of protecting the Debtor's property and assets of the estate.

21.   The Applicant's time and charges for this Final Application are herein categorized and labeled by

tasks as follows:

| Category | Task | Time | Charges |
|---|---|---|---|
| 1 | Interim Fee Applications and review of timeslips, employment. | 9.8 | $ 3,773.00 |
| 2 | Preconversion activities, Administrative matters, Creditor meetings, Trustee requirements, preparation of filing documents, review of Schedules, Statement of Affairs and prepetition Amendments, and monthly reports | .30 | $    115.50 |
| 3 | Adversary Proceedings and matters Relating thereto | 0 | $ 0 |
| 4 | Debtor's Plans, Disclosure  Statement, Exhibits and Confirmation of the Plan | 6.4 | $  2,464.00 |

| 5 | Sale and Protection of Assets | 3.1 | $ 1,193.50 |
| 6 | Matters relating to various creditor interests and claims | 3.0 | $ 1,155.00 |
| 7 | Cash collateral motions and matters relating to use of collateral and other matters before the Court | 0 | $ 0 |
| 8 | Matters and time relating to various Court appearances and hearings | 4.7 | $ 1,809.50 |
| 9 | Activities related to secured borrowing | 0 | $ 0 |
| 10 | Chapter 11 Operations and Details | 4.8 | $ 1,848.00 |
| 11 | Travel | 0 | $ 0 |
| 12 | Matters relating to State Court Proceedings and the purchase of a Mortgage. | 0 | $ 0 |
| | TOTALS | 32.1 | $12,358.50 |

WHEREFORE, William L. Needler and Associates, Ltd., respectfully requests this Court issue an Order authorizing the payment and disbursement by the Debtor, the fees and expenses approved but unpaid from the First Interim Application of $22,491.44, plus the sum of $12,358.50 for legal services and $308.88 as reimbursement of out-of-pocket expenses, or a total of $12,667.38 for the period September 7, 2013 through January 25, 2014 and a total Final Application payout of $35,158.82 is requested.

DATED: January 27, 2014

WILLIAM L. NEEDLER AND ASSOCIATES, LTD.

By: /s/ William L. Needler
Attorney for the Debtor

Exhibits A & B are attached hereto and made a part hereof.

<u>Attorneys for Debtor</u>
William L. Needler
William L. Needler and Associates, Ltd.
555 Skokie Blvd.
Suite 500
Northbrook, IL  60062
Bar ID 02025248
(847) 559-8330 ph
(847) 559-8331 fax
williamlneedler@aol.com

<u>Co-Counsel</u>
O Allan Fridman
Law Office of O. Allan Fridman
555 Skokie Blvd Suite 500
Northbrook, IL 60062
P 847-412-0788
F 847-412-0898
allanfridman@gmail.com

## <u>EXHIBIT A</u>

Recap of all Professional Fees and Unreimbursed Expenditures for the period September 7, 2013 through January 25, 2014 for Cynthia Marin.                          .

PROFESSIONAL TIME:

Attorney time (Needler)
32.1 hrs. @ $385.00 per hour                    $12,358.50

Attorney travel time (Needler)
0 hrs. @ $192.50 per hour                       $ 0

    TOTAL PROFESSIONAL FEES          $12,358.50


UNREIMBURSED EXPENDITURES:

September 2013    $253.10
October 2013      $ 54.47
November 2013     $  1.31

    TOTAL UNREIMBURSED EXPENDITURES   $    308.88

Total Fees and Expenses                         $12,667.38

Less Payments Received                           ($0)

Total Fee Application                           $12,667.38

## EXHIBIT B

## CYNTHIA MARIN

**FIRST INTERIM APPLICATION**:  (8/21/12 TO 9/6/13)

| | |
|---|---|
| FEES | $56,864.50 |
| EXPENSES | $ 1,092.02 |
| | |
| TOTAL | $57,956.52 |
| | |
| LESS RETAINER PAID | $ 8,450.00 |
| | |
| TOTAL PAYOUT REQUESTED | $49,506.52 |

LESS DEDUCTIONS MADE BY
THE COURT ORDER OF
OCTOBER 23, 2013:

| | |
|---|---|
| FEES | $14,781.45 |
| EXPENSES | $    733.63 |
| | |
| NET ORDERED BUT UNPAID | $33,991.44 |

LESS PAYMENTS SINCE
ORDER DATED OCTOBER 23, 2013   $11,500.00

TOTAL                           $22,491.44

**FINAL APPLICATION:** (9/7/13 TO 1/25/14):

| | |
|---|---|
| NEW FEES | $12,358.50 |
| NEW EXPENSES | $   308.88 |
| | |
| TOTAL PAYOUT REQUESTED | $35,158.82 |