IN THE U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re.                                     )
   Cynthia Marin.                      )   Case No. 12-22949
                                                              )
               Debtor                       )   A Chapter 11 for Reorganization
                                                )   Honorable Judge A Benjamin Goldgar
                                                )   Presiding

## ORDER AS TO

## FINAL APPLICATION

## OF WILLIAM L. NEEDLER AND ASSOCIATES, LTD.,

## ATTORNEYS FOR DEBTOR,

## FOR FEE ALLOWANCE AND REIMBURSEMENT OF COSTS

    William L. Needler of William L. Needler and Associates, Ltd. having filed a Final Application for payment of Final Fees and Expenses at Docket #217; and

    Exhibit "A" attached being a breakdown of the Fees and Costs requested for a total payout of $12,667.38 for the period of September 7, 2013 to January 25, 2014; and

    Exhibit "B" attached having detailed the Fees and Costs approved on the First Interim Application, but remaining unpaid of $22,491.44; and

    The Court aware of facts herein and that this case has been confirmed,

    The Court orders as follows:

1.) A total of $35,158.82 approved for payment, which are valid fees and costs under 11 USC Section 503 (b) (1) (A) of the Bankruptcy Code; and further

2.) The sum of $35,158.82 is authorized to be paid by the Debtor Estate.

_____
U.S. Bankruptcy Judge

Prepared for by:

William L. Needler
William L. Needler and Associates, Ltd.
555 Skokie Blvd.
Suite 500
Northbrook, IL 60062
Bar ID# 2025248
847-559-8330 phone
847-559-8331 fax
[williamlneedler@aol.com](mailto:williamlneedler@aol.com)

# EXHIBIT A

Recap of all Professional Fees and Unreimbursed Expenditures for the period September 7, 2013 through January 25, 2014 for Cynthia Marin.

PROFESSIONAL TIME:

Attorney time (Needler)
32.1 hrs. @ $385.00 per hour                                   $12,358.50

Attorney travel time (Needler)
0 hrs. @ $192.50 per hour                                      $ 0

    TOTAL PROFESSIONAL FEES                                $12,358.50

UNREIMBURSED EXPENDITURES:

September 2013    $253.10
October 2013      $ 54.47
November 2013     $  1.31

    TOTAL UNREIMBURSED EXPENDITURES    $   308.88

Total Fees and Expenses                                        $12,667.38

Less Payments Received                                         ($0)

Total Fee Application                                          $12,667.38

## EXHIBIT B

### CYNTHIA MARIN

**FIRST INTERIM APPLICATION**:  (8/21/12 TO 9/6/13)

| | |
|---|---|
| FEES | $56,864.50 |
| EXPENSES | $ 1,092.02 |
| TOTAL | $57,956.52 |
| LESS RETAINER PAID | $ 8,450.00 |
| TOTAL PAYOUT REQUESTED | $49,506.52 |

LESS DEDUCTIONS MADE BY THE COURT ORDER OF OCTOBER 23, 2013:

| | |
|---|---|
| FEES | $14,781.45 |
| EXPENSES | $   733.63 |
| NET ORDERED BUT UNPAID | $33,991.44 |
| LESS PAYMENTS SINCE ORDER DATED OCTOBER 23, 2013 | $11,500.00 |
| TOTAL | $22,491.44 |

**FINAL APPLICATION:** (9/7/13 TO 1/25/14):

| | |
|---|---|
| NEW FEES | $12,358.50 |
| NEW EXPENSES | $   308.88 |
| TOTAL PAYOUT REQUESTED | $35,158.82 |