**IN THE U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re. ) | |
|    Cynthia Marin.  ) | Case No. 12-22949 |
| ) | |
|    Debtor ) | A Chapter 11 for Reorganization |
| ) | Honorable Judge A Benjamin Goldgar |
| ) | Presiding |

**MOTION BY DEBTOR CYNTHIA MARIN FOR AN EXTENSION OF TIME**

**TO FILE HER FINAL REPORT AND ACCOUNT**

**AND REQUEST TO CLOSE THE CASE**

NOW COMES William L. Needler of William L. Needler and Associates, Ltd. And requests an extension of time until March 20, 2014 to file her Final Report and Account.

IN SUPPORT the Debtor states as follows:

1. The information required for the Report was not readily available for the Debtor to meet the self-selected deadline of March 15, 2014.

2. Additional time is required to assemble the necessary financial information.
WHEREFORE, for the reasons stated, the Debtor requests until March 20, 2014 to prepare and file her Final Report and Account and her request to close this Chapter 11 Case.

March 15, 2014

/s/ William L. Needler

211 MOTION
EXTENDTIMETOFILEFINALDECREE
3-15-14                                                                                                       1

William L. Needler
William L. Needler and Associates, Ltd.
555 Skokie Blvd.
Suite 500
Northbrook, IL 60062
Bar ID# 2025248
847-559-8330 phone
847-559-8331 fax
williamlneedler@aol.com

Co-Counsel
O Allan Fridman
Law Office of O. Allan Fridman
555 Skokie Blvd Suite 500
Northbrook, IL 60062
P 847-412-0788
F 847-412-0898
allanfridman@gmail.com