**IN THE U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re. ) | |
|    Cynthia Marin. ) | Case No. 12-22949 |
| ) | |
|    Debtor ) | A Chapter 11 for Reorganization |
| ) | Honorable Judge A Benjamin Goldgar |
| ) | Presiding |

**APPLICATION FOR FINAL DECREE**

**AND**

**FINAL ACCOUNTING REPORT**

NOW COMES the Chapter 11 Debtor, Cynthia Marin by and through her undersigned Attorney, and pursuant to the Confirmation Order of October 28,m 2013, submits that the Cynthia Marin Estate herein is fully administered and substantially consummated as follows:

1. That all claims or interests have been surrendered or released in accordance with the provisions of the Plan except as show in Schedule A attached hereto.

2. That substantially all of the property of the Debtor has been transferred according to the provisions of the Plan as shown on Schedule B attached hereto.

3. That the Debtor, Cynthia Marin has assumed the business of substantially all of the property dealt with by the Plan as applicable.

4. That distribution has been commenced under the Plan, and that payments to Creditors and other interested parties have been completed as shown on Schedule C attached hereto; and

5. That there are no other facts necessary to enable the Court to pass on the provisions of the Final Decree present in Schedule D attached hereto.

WHEREFORE, the Debtor herein prays for the entry of the Final Decree finding the Plan is effective and that the Estate has been fully administered, and therefore, an Order of the Court granting:

A. Discharge of the Debtor, if applicable; and

B. An specific injunction or other equitable provisions as set forth in Schedule D; and

C. The closing of the case.

March 20, 2014

/s/ William L. Needler
Attorney for Cynthia Marin
Debtor-in-Possession

ATTORNEYS FOR DEBTOR
William L. Needler
William L. Needler and Associates, Ltd..,
555 Skokie Blvd.
Suite 500
Northbrook, IL 60062
Bar ID # 2025248
(847) 559-8330 phone
(847) 559-8331 fax
williamlneedler@aol.com

<u>Co-Counsel</u>
O Allan Fridman
Law Office of O. Allan Fridman
555 Skokie Blvd Suite 500
Northbrook, IL 60062
P 847-412-0788
F 847-412-0898
allanfridman@gmail.com

**IN THE U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re. | ) | |
|    Cynthia Marin. | ) | Case No. 12-22949 |
| | ) | |
|    Debtor | ) | A Chapter 11 for Reorganization |
| | ) | Honorable Judge A Benjamin Goldgar |
| | ) | Presiding |

## SCHEDULE A

NOT APPLICABLE

**IN THE U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re. | ) | |
|    Cynthia Marin. | ) | Case No. 12-22949 |
| | ) | |
|    Debtor | ) | A Chapter 11 for Reorganization |
| | ) | Honorable Judge A Benjamin Goldgar |
| | ) | Presiding |

## SCHEDULE B

NOT APPLICABLE

**IN THE U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re. | ) | |
|    Cynthia Marin. | ) | Case No. 12-22949 |
| | ) | |
|       Debtor | ) | A Chapter 11 for Reorganization |
| | ) | Honorable Judge A Benjamin Goldgar |
| | ) | Presiding |

## SCHEDULE C

(As to payments under the Plan to February 28, 2013)

Information required to close the case:

**TOTAL RECEIPTS AND DISTRIBUTIONS**

| | |
|---|---|
| 1. Gross Receipts | $ 41,077.32 |
|     Total Disbursements | $ 39,086.14 |
|     **Balance of Estate Funds** | $ 15,335.94 |

**ADMINISTRATIVE FEES AND EXPENSES**

| | |
|---|---|
| 2. Trustee's Compensation | $ N/A |
| 3. Fee for Attorney for Trustee | $ none |
| 4. Total Other Professional Fees and Expenses | $ none |
|     a. Accountant's fees | $ none |
|     b. Auctioneer's fees | $ none |
|     c. Appraiser's fees | $ none |
|     d. Attorney for Debtor | $ 11,000 |
|        Creditor Committee | $ none |
|        Other | $ none |
|     e. Other | $ none |
|     **Total Costs of Administration** | $ 11,000 |

**DISTRIBUTIONS**

| | |
|---|---|
| 5. Secured Creditors | $ none |
| 6. Priority Creditors | |
|    Taxes IRS | $ none |
|    Taxes State of Wisconsin | $ 464.82 |
|    Property Taxes | $ none |
| 7. Unsecured Creditors | $ none |
| 8. Equity Security Holders | $ none |
| 9. Other Distributions | $ none |
|     **Total Distributions under the Plan** | $ 11,464.82 |

**IN THE U.S. BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re. ) | |
|    Cynthia Marin. ) | Case No. 12-22949 |
| ) | |
|    Debtor ) | A Chapter 11 for Reorganization |
| ) | Honorable Judge A Benjamin Goldgar |
| ) | Presiding |

## SCHEDULE D

NONE

March 20, 2014

                                               s/ William L. Needler

<u>ATTORNEYS FOR DEBTOR</u>
William L. Needler
William L. Needler and Associates, Ltd..,
555 Skokie Blvd.
Suite 500
Northbrook, IL 60062
Bar ID # 2025248
(847) 559-8330 phone
(847) 559-8331 fax
williamlneedler@aol.com

Co-Counsel
O Allan Fridman
Law Office of O. Allan Fridman
555 Skokie Blvd Suite 500
Northbrook, IL 60062
P 847-412-0788
F 847-412-0898
allanfridman@gmail.com