## IN THE U.S. BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re. | ) | |
|     Cynthia Marin. | ) | Case No. 12-22949 |
| | ) | |
|         Debtor | ) | A Chapter 11 for Reorganization |
| | ) | Honorable Judge A Benjamin Goldgar |
| | ) | Presiding |

### ~~ORDER APPROVING FINAL REPORT AND CLOSING THE CASE~~
### FINAL DECREE

The Chapter 11 Debtor, Cynthia Marin, having Confirmed a Plan before this Court; and

The Plan having been consummated; and

A Final Report filed and served on all Creditors and Interested Parties; and

The Debtor having requested that the case be closed; and

The Court aware of facts herein orders as follows:

    ~~1. That the Final Report on Consummation of the Confirmed Plan is accepted; and~~

    2. That the above Chapter 11 Case is hereby closed

*[Signature]*
U.S. Bankruptcy Judge.

3/26/14

Prepared for by:

William L. Needler
William L. Needler and Associates, Ltd.
555 Skokie Blvd.
Suite 500
Northbrook, IL 60062
Bar ID# 2025248
847-559-8330 phone
847-559-8331 fax
williamlneedler@aol.com